# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. **3:15-mj-0025CMK**

**Justin C. Shields**

ORDER TO PAY

SOCIAL SECURITY: [REDACTED]
DATE OF BIRTH: [REDACTED]
DRIVER'S LICENSE: [REDACTED]
ADDRESS: [REDACTED]

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: **1/12/16**

DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[X] Fine: $ **1,990** and a penalty assessment of $ **10** for a TOTAL AMOUNT OF: $ **2,000** ~~within _____ days/months~~; or payments of $ **50** per month, commencing **3-1-2016** and due on the **First** of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____

Defendant is excluded from entering Whiskeytown completed by until fine paid in full.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~USDC~~
~~CENTRAL VIOLATIONS BUREAU (SA)~~
~~POST OFFICE BOX 25626~~ 71363
~~ATLANTA, GA 30374-0026~~
Philadelphia, PA 19176

~~CLERK, USDC~~
~~1130 O STREET, RM 5000~~
~~FRESNO, CA 93721~~

(CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322)

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: **1-12-16**

U.S. MAGISTRATE JUDGE

Clerk's Office



FDCA-3